No. 457. ZANESVILLE & WESTERN RAILWAY COMPANY *v.* CHARLES E. WILLIAMS, ADMINISTRATOR, ETC. Error to the Court of Appeals of Muskingum County, State of Ohio. Motion to dismiss or affirm, and petition for a writ of certiorari, submitted October 8, 1918. Decided November 4, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237, Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. Petition for writ of certiorari denied. *Mr. John H. Doyle* and *Mr. Frederick W. Gaines* for plaintiff in error. *Mr. F. S. Monnett* for defendant in error.

---

No. 380. LOUISVILLE & NASHVILLE RAILROAD COMPANY *v.* STATE OF ALABAMA. Error to the Supreme Court of the State of Alabama. Submitted October 14, 1918. Decided November 4, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *St. Louis Southwestern Ry. Co.* v. *Arkansas*, 235 U. S. 350; *Kansas City, Memphis & Birmingham R. R. Co.* v. *Stiles*, 242 U. S. 111. *Mr. Henry L. Stone, Mr. E. Perry Thomas* and *Mr. George W. Jones* for plaintiff in error. *Mr. F. Loyd Tate* and *Mr. Emmett S. Thigpen* for defendant in error.